[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13553
Non-Argument Calendar

_____

D.C. Docket No. 8:19-cr-556-VMC-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRAIGORY REEVES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 18, 2021)

Before JORDAN, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

David Little, appointed counsel for Craigory Reeves in this direct criminal

appeal, has moved to withdraw from further representation of Reeves and filed a

brief based on *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Reeves's conviction and sentence are **AFFIRMED**.